# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

STEPHEN C. DRIES
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

February 21, 2019

Stephen Thomas Erb
Law Offices of Stephen Thomas Erb APC
11440 W Bernardo Ct.- Ste 204
San Diego, CA 92127-1643

Re: Gordon Holmes LLP v. Global Imaging Acquistion Group LLC et al
**Case No.:** 19-cv-279

Dear Counsel:

The above referenced matter is currently pending before Judge Pamela Pepper. Counsel who are not admitted to the Eastern District of Wisconsin or registered for an account on this court's electronic case filing system (ECF) will need to be admitted and registered prior to e-filing with the court. Additionally, counsel will not receive electronic notification of filings until they become registered users.

Please refer to the court's website at www.wied.uscourts.gov for information on attorney admission and ECF registration, as well as the ECF user manual, Local Rules, and specific judicial instructions for litigants.

Very truly yours,

STEPHEN C. DRIES
Clerk, U.S. District Court

s/J. Lyday
Deputy Clerk