UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| DATE: | April 24, 2019 |
| JUDGE: | Pamela Pepper |
| CASE NOS: | 18-cv-1972 and 19-cv-279 |
| CASE NAMES: | Global Imaging Acquisitions Group LLC, *et al.* v. Frederic Gordon, *et al.* |
| | Gordon & Holmes v. Jahnke, *et al.* |
| NATURE OF HEARING: | Scheduling Conference |
| APPEARANCES: | Nathaniel Cade, Jr. – Attorney for the plaintiffs |
| | Terry Johnson – Attorney for the defendants |
| COURTROOM DEPUTY: | Chrissy Bongel |
| TIME: | 10:33 A.M. – 10:50 A.M. |

## AUDIO OF THIS HEARING AT DKT. NO. 22

The court reviewed the procedural posture of the two cases, noting that Case No. 19-cv-279 was here on a transfer of venue from California. The court agreed that it was appropriate to consolidate the two cases, and stated that it would grant that motion. It noted that this decision mooted several of the other motions pending in both cases.

The court turned to scheduling, and discussed a few issues with the parties. The scheduling order reflected below is the result of that discussion.

The court **ORDERS** the following:

The re-aligned plaintiffs shall file an amended complaint bearing the correct caption for the consolidated cases by the end of the day on May 3, 2019.

The re-aligned defendants shall file their answer to the amended complaint by the end of the day on May 17, 2019.

The parties shall exchange their initial, Rule 26(a)(1) disclosures by May 17, 2019.

Parties wishing to file amended pleadings (other than the ones referenced above) must seek leave from the court.

The realigned plaintiffs shall name lay witnesses and provide a summary of the testimony of the non-retained expert, Frederick L. Gordon, no later than July 30, 2019.

The realigned defendants shall name lay and expert witnesses and produce reports in defense of the fee claim and in support of the malpractice claim by July 30, 2019.

1

The realigned plaintiffs shall identify fact and expert witnesses and produce reports in defense of the malpractice claim by the end of the day on October 31, 2019.

The parties shall complete all discovery no later than December 31, 2019.

Any party wishing to file dispositive motions must do so by the end of the day on January 15, 2020. The response and reply deadlines mandated by the local rules shall apply.

The court **ORDERS** that at the time any party files proposed findings of fact, that party also shall e-mail a Word version of those proposed findings of fact to PepperPO@wied.uscourts.gov.

The court **GRANTS** the plaintiffs' Civil L.R. 7(h), expedited, non-dispositive motion to consolidate E.D. Wisconsin Case No. 18-cv-1972 and 19-cv-279; Dkt. No. 20 in Case No. 19-cv-279. The lower number will become the operative case number.

The court **APPROVES** the stipulation for consolidation and other relief. Dkt. No. 20 in Case No. 18-cv-1972.

The court **GRANTS** the request to substitute Allied World Insurance for defendant ABC Insurance and directs the clerk's office to change the docket accordingly. Dkt. No. 20 in Case No. 18-cv-1972.

The court **GRANTS** the request to dismiss Andrew G. Nagurney and **DISMISSES** Andrew G. Nagurney as a defendant. Dkt. No. 20 in Case No. 18-cv-1972.

The court **DENIES AS MOOT** the defendants' motion to transfer venue to the Southern District of California based on the forum selection/arbitration clause. Dkt. No. 6 in Case No. 18-cv-1972.

The court **DENIES AS MOOT** the plaintiffs' expedited motion to take judicial notice of a case from California. Dkt. No. 17 in Case No. 18-cv-1972.

The court **DENIES AS MOOT** the plaintiffs' motion to deny the defendants' motion to transfer venue. Dkt. No. 17 in Case No. 18-cv-1972.

The court **DENIES AS MOOT** the plaintiffs' motion to deny the defendants' motion to consolidate the transferred case. Dkt. No. 17 in Case No. 18-cv-1972.

The court **DENIES AS MOOT** the plaintiffs' Civil L.R. 7(h) expedited, non-dispositive motion to consolidate cases. Dkt. No. 19 in Case No. 18-cv-1972.

Dated in Milwaukee, Wisconsin this 24th day of April, 2019.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**

3

Case 2:19-cv-00279-PP   Filed 04/24/19   Page 3 of 3   Document 22